1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   STEVE SAYLER
8  saylerlaw@gmail.com
   LAW OFFICES OF STEVEN C. SAYLER & ASSOCIATES
9  5720 Oberlin Drive
   San Diego, CA 92121
10 Telephone: (858) 550-9958
   Facsimile: (858) 642-2001
11 Attorney for Defendants
   Mzuri Holdings, LLC and Zuheir Inc.

12                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF CALIFORNIA
13

14 | SCOTT SCHUTZA,                          | Case No.: 3:17-CV-1260-BEN-JMA
15 |         Plaintiff,                      | **JOINT NOTICE OF SETTLEMENT**
16 | v.
17 | MZURI HOLDINGS, LLC, a California
   | Limited Liability Company;
18 | ZUHEIR INC., a California Corporation;
   | and Does 1-10,
19 |         Defendants.

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Motion for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: August 3, 2017                     CENTER FOR DISABILITY ACCESS

                                          By: /s/ Phyl Grace
                                              Phyl Grace
                                              Attorneys for Plaintiff

Dated: August 3, 2017                     LAW OFFICES OF STEVEN C. SAYLER & ASSOCIATES

                                          By: /s/ Steve Sayler
                                              Steve Sayler
                                              Attorney for Defendants
                                              Mzuri Holdings, LLC and Zuheir Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Steve Sayler, counsel for Mzuri Holdings, LLC and Zuheir Inc., and that I have obtained Mr. Sayler's authorization to affix his electronic signature to this document.

Dated: August 3, 2017        CENTER FOR DISABILITY ACCESS

                             By: /s/ Phyl Grace
                                 Phyl Grace
                                 Attorney for Plaintiff